Such erosion of public confidence in the judiciary is clearly prejudicial to the administration of justice. Canon 2A of the Code of Judicial Conduct; MCR 9.104(2); MCR 9.205(C)(4).

We agree with the commission and the respondent that a public censure is an appropriate response to the respondent's remarks. This order shall stand as this Court's censure.

*Certified Questions Declined March 31, 1992:*

*In re* CERTIFIED QUESTIONS (COLEMAN v AMERICAN RED CROSS), No. 93034. The request to answer the questions certified by the United States District Court for the Eastern Distrist of Michigan is declined.

*Leave to Appeal From Attorney Discipline Board Denied April 24, 1992:*

GRIEVANCE ADMINISTRATOR v HILL, No. 92576.

GRIEVANCE ADMINISTRATOR v YOUNG, No. 92601.

*Rehearing Denied April 28, 1992:*

PEOPLE v FLOYD CHAMBERS, No. 90505. Reported *ante,* 111.

*Order Entered May 6, 1992:*

PROPOSED AMENDMENTS OF SUBCHAPTER 5.900 OF THE MICHIGAN COURT RULES. On order of the Court, pursuant to a proposal from the Juvenile Rules Committee of the Probate Judges Association, this is to advise that the Court is considering proposed amendments to Subchapter 5.900 of the Michigan Court Rules. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal. We welcome the views of all who wish to address the proposal or who wish to suggest alternatives.

As whenever this Court publishes an administrative proposal for comment, we emphasize that publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption of the proposal in its present form.

[The present language would be amended as indicated below:]

RULE 5.920. SERVICE OF PROCESS.
- (A) [Unchanged.]
- (B) Summons.
- (1)-(3) [Unchanged.]
- (4) Manner of Serving Summons.